IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02477-CMA-BNB

ECO-PRODUCTS, INC.,

Plaintiff,

v.

WORLD CENTRIC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED:

　　　　(1)　　Plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 18] (the "Motion") is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint for Patent Infringement [Doc. # 18-1].

　　　　(2)　　The hearing on the Motion [Doc. # 18] set for April 3, 2014, at 2:00 p.m., is VACATED.


DATED:  March 26, 2014