IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02477-CMA-BNB

ECO-PRODUCTS, INC.,

Plaintiff,

v.

WORLD CENTRIC,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Joint Motion for Extension** [Doc. # 25, filed 4/10/2014] is GRANTED AS SPECIFIED and the case schedule is modified to the following extent:

     Discovery Cut-Off:     August 11, 2014

     (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

     Dispositive Motions Deadline:     August 11, 2014

     Expert Disclosures:

     (a)     The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 9, 2014

     (b)     The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 9, 2014

DATED: May 1, 2014