**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02477-CMA-BNB

ECO-PRODUCTS, INC.,

    Plaintiff,

v.

WORLD CENTRIC,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties Joint Motion for Dismissal Without Prejudice (Doc. # 29), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  June   05  , 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge